Scott H. Frewing, State Bar No. 191311
Christopher Groboske, State Bar No. 268386
**Baker & McKenzie LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:  +1 650 856 9299
Scott.Frewing@bakermckenzie.com

Attorneys for Defendant Jaime Cardenas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIME CARDENAS,<br><br>Defendant. | Case No.  CR-12-00336-LHK<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE FROM OCTOBER 3, 2012 TO OCTOBER 24, 2012 AT 9:00 AM**<br><br>**AND**<br><br>~~[PROPOSED]~~ ORDER |

IT IS HEREBY STIPULATED between the parties, subject to the Court's approval that the status conference currently scheduled for October 3, 2010 at 9:00 am is continued until October 24, 2012 at 9:00 am for a change in plea hearing.

In support of this stipulation, counsel for Mr. Cardenas informs the Court of the following:

1.    On May 9, 2012, the United States charged Mr. Cardenas with the distribution of methamphetamine in Salinas, California.  Mr. Cardenas is out of custody, supervised by Pre-Trial Services.

2.    During a status conference on August 29, 2012, counsel for Mr. Cardenas informed the Court that counsel was continuing to investigate the case, and that additional time was required for such investigation.

3.    At the August 29, 2012, status conference the parties discussed potential dates for

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No. CR-12-00336-LHK
STIPULATION TO CONTINUE STATUS CONFERENCE AND ~~[PROPOSED]~~ ORDER

1 further status conference, and the Court and the parties agreed to a further status conference on

2 October 3, 2012, although undersigned counsel for Mr. Cardenas expressed some potential

3 challenges with the proposed date. Undersigned counsel's hesitation to select the October 3 date

4 related to a previously set hearing on October 2, 2012, in Los Angeles Superior Court and previously

5 scheduled meetings in New York set to begin the evening of October 3, 2012.

6 .    7.    Since the August 29, 2012 status conference, undersigned counsel for Mr. Cardenas

7 has completed his investigation. Counsel for Mr. Cardenas has also informed the government that

8 Mr. Cardenas intends to change his plea in the matter. Undersigned counsel has requested to

9 continue the date for the change in plea to accommodate his travel schedule and prepare for the

10 change-in-plea hearing.

11        8.    After confirming with the Court's Courtroom Deputy, Government counsel has

12 stipulated to the continuance of the hearing from October 3, 2012 at 9:00 am to October 24, 2012 at

13 9:00 am.

14        9.    The parties stipulate that the time between October 3, 2012 and October 24,. 2012 is

15 excluded under the Speedy Trial Act, 18 U.S.C. § 3161, and agree that the failure to grant the

16 requested continuance would reasonably deny defense counsel reasonable time necessary for

17 effective preparation, taking into account the exercise of due diligence. Finally, the parties agree

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. CR-12-00336-LHK
STIPULATION TO CONTINUE STATUS CONFERENCE AND [~~PROPOSED~~] ORDER

that the ends of justice served by granting the requested continuance outweigh the best interest of the

public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

18 U.S.C. §§ 3161(h)(7)(A) and B(iv).


Dated:  October 1, 2012                           Respectfully submitted,

                                                  BAKER & McKENZIE LLP


                                                  By: /s/ Scott H. Frewing
                                                      Scott H. Frewing
                                                      Attorney for Defendant Jaime Cardenas

Dated:  October 1, 2012                           Respectfully submitted,

                                                  BAKER & McKENZIE LLP


                                                  By: /s/ Ann Marie Ursini
                                                      Ann Marie Ursini
                                                      Special Assistant United States Attorney

## [PROPOSED] ORDER

The hearing on October 3, 2012 at 9:00 am is continued until October 10, 2012 at 9:00 am.

It is so ORDERED.

Dated:


                                                  By: _____
                                                      Lucy H. Koh
                                                      District Court Judge

October 3, 2012 hearing is continued to October 24, 2012.
Basis for excludable time finding is continuity
of defense counsel per 18 USC 3161(h)(7)(A) + (B)(iv).
Dated: 10/2/12
                                                      Lucy H. Koh
                                                      U.S. District Judge

3

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400